RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 8/29/14
BY Pm

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| HECTOR RODRIGUEZ-PENA<br>BOP REG. #07935-069 | DOCKET NO. 14-CV-994, SEC. P |
| VERSUS | JUDGE STAGG |
| WARDEN WERLICH | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Rodriguez-Pena's petition pursuant to 28 U.S.C. §2241 be dismissed for lack of jurisdiction.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, on this 28th day of August, 2014.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA